UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Emmanouella Vendouri

    v.                    Civil No. 10-cv-277-SM

James F. Gaylord, et al.


ORDER

    Re: Document No. 8, Objection to Plaintiff's Request for Temporary Restraining Order (contained in [1] Notice of Removal).

    Ruling: The removed state court complaint seeks relief, inter alia, in the form of a temporary restraining order. Defendants have objected to that request. The state complaint does not comply with federal rules of civil procedure or local rules with respect to the request for temporary injunctive relief, and, such relief does not appear warranted given the allegations in the complaint. Accordingly, to the extent a motion for temporary injunctive relief is thought to be included in the state pleading, it is denied without prejudice.

                                        Steven J. McAuliffe
                                        Chief Judge

Date: July 27, 2010

cc:  Laurie A. Lacoste, Esq.
     Robert A. Shaines, Esq.
     Melissa A. Hewey, Esq.
     Jonathan S. Springer, Esq.